# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT KIDECKEL,
Appellant,
vs.
PARMENDRA "PATRICK" PRASAD;
LYFT, INC.; AND STEADFAST
INSURANCE COMPANY,
Respondents.

No. 77983

**FILED**

MAR 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: 

cc: Hon. Joanna Kishner, District Judge
Brent Kideckel
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Law Offices of Karl H. Smith/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-13023